UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS R. WILLIAMS,

    Petitioner,

v.                                        Case No. 08-12182
                                         Honorable Patrick J. Duggan

MILLICENT WARREN,

    Respondent.

_____/

## **JUDGMENT**

Petitioner Marcus R. Williams ("Petitioner") has filed a *pro se* habeas corpus petition pursuant to 28 U.S.C. § 2254. Petitioner challenges his convictions for home invasion, assault with intent to commit murder, and two counts of possessing a firearm during the commission of a felony (felony firearm) in March 2004, following a jury trial in the Circuit Court for Saginaw County, Michigan. In an Opinion and Order issued on this date, the Court held that Petitioner is not entitled to habeas corpus relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED WITH PREJUDICE**.

DATE: October 18, 2010

                                                       s/PATRICK J. DUGGAN
                                                       UNITED STATES DISTRICT JUDGE

Copies to:
Marcus Raydevan Williams
#439924
Marquette Branch Prison
1960 U.S. Hwy. 41 South
Marquette, MI   49855

AAG Laura A. Cook